**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL C. LEE,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al..,<br><br>                              Defendants. | Case No.:  18-CV-0159 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 59]** |

   Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 59] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED**.

Dated:  May 11, 2021

_____
Hon. Thomas J. Whelan
United States District Judge